CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
ANGELA C. C. VIRAMONTES (Bar No. 228228)
(E-Mail: angela_viramontes@fd.org)
Deputy Federal Public Defender
3801 University Avenue, Suite 700
Riverside, California 92501
Telephone: (951) 276-6346
Facsimile: (951) 276-6368

Attorneys for Petitioner
LUKE SCARMAZZO

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

**Dismiss**

| | |
|---|---|
| LUKE SCARMAZZO, | Case No. ED CV 17-02354-CJC-SK |
| Petitioner, | **ORDER DISMISSING FIRST AMENDED PETITION FOR WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241** |
| v. | |
| STEVEN LANGFORD, | |
| Respondent. | |

Having read and considered Mr. Scarmazzo's Motion to Dismiss First Amended Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241, it is ordered that the First Amended Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 is dismissed without prejudice.

DATED: February 22, 2023      By _____
                                HON. STEVE KIM
                                United States Magistrate Judge

Presented by:

   /s/ Angela C. C. Viramontes
ANGELA C. C. VIRAMONTES
Deputy Federal Public Defender